IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE:

TADD WHOLESALE SUPPLY, LLC

Debtor.

Chapter 11 Proceeding
Case No. 317-07799
Judge Harrison

## WITNESS AND EXHIBIT LIST

Comes the Debtor, through counsel, and respectfully submits unto the Court the following list of persons to be called as witnesses at the hearing in the above-referenced matter currently scheduled for Thursday, April 12, 2018, at 9:00 A.M., in Courtroom 3, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203, and the following list of Exhibits to be presented at said hearing.

### WITNESSES

1. Amber DeShon
2. David DeShon
3. Gary Murphey
4. Missy Johnson
5. Tammy Harris
6. Any witnesses called by Mr. or Mrs. Deshon
7. 

### EXHIBITS

1. All documents filed in the above-referenced case that are available on the P.A.C.E.R. system.
2. All bank records of the Debtor
3. Invoices of trips taken by Mr. and Mrs. DeShon
4. Invoices of furniture purchased by Mr. and Mrs. DeShon
5. ATM withdrawals made by Mr. and Mrs. DeShon
6. Payroll records of the Debtor
7. Any exhibits propounded by Mr. or Mrs. DeShon
8. Asset Purchase Agreement signed by Amber Deshon
9. Bidding Summary of Auction Sale
10. Texting and emails from Amber DeShon

All of these exhibits have already been uploaded to the Court

Respectfully submitted,

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax:    (615) 255-4516
Email: slefkovitz@lefkovitz.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have sent a true and exact copy of the foregoing to Assistant U.S. Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 12th day of April, 2018.

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz